# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2005

Clifford W. Taylor,
Chief Justice

126928 & (24)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

THEA L. FISH and PAUL GALLAGHER,
P.L.C., Individually and as representatives of the
Plaintiff Class,
        Plaintiffs-Appellants,

v

MICROSOFT CORPORATION,
        Defendant-Appellee.

SC: 126928
COA: 255491
Wayne CC: 00-031126-NZ

_____/

       On order of the Court, the motion to file reply brief is GRANTED. The application for leave to appeal the July 21, 2004 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

       WEAVER and KELLY, JJ., would grant leave to appeal.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2005

_____
Clerk

s1102